FILED

2007 MAY 25  P 3: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

1  SETH D. HILTON (SB #181899)
   SDHILTON@stoel.com
2  STOEL RIVES LLP
   111 Sutter Street, Suite 700
3  San Francisco, CA 94104
   Telephone: (415) 617-8900
4  Facsimile: (415) 676-3000

5  Attorneys for Plaintiff
   Arrow Electronics, Inc.

6

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE BRANCH

11  ARROW ELECTRONICS, INC., a New York    Case No.   C 07  02770  RS
    corporation,
12                                          AFFIDAVIT OF DOUGLAS P.
            Plaintiff,                      CHRISTENSEN IN SUPPORT OF
13                                          JUDGMENT BY CONFESSION
            v.
14
    PYCON, INC., a California corporation,
15
            Defendant.                      BY FAX
16

17

18      I, Douglass P. Christensen, being first duly sworn, depose and state as follows:

19      1.      I am a resident of Arapahoe County, Colorado, am over the age of majority, and

20  make this affidavit on personal knowledge.

21      2.      I am the Account Finance Manager of plaintiff Arrow Electronics, Inc. ("Arrow"),

22  a corporation organized and existing under the laws of the state of New York, with its principal

23  place of business at 50 Marcus Drive, Melville, New York, 11747-3509.

24      3.      I have reviewed and am familiar with the Verified Confession and Stipulation to

25  Entry of Judgment and the Stipulated Final Judgment filed with this Court contemporaneously

26  with this Affidavit (the "Confession and Judgment Documentation"). I have personal knowledge

27  as to the authenticity of those documents.

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AFFIDAVIT OF DOUGLAS P.
CHRISTENSEN                        -1-

SanFran-224725.1 0041442-00027

1    4.    On June 17, 2004, Defendant Pycon, Inc. ("Pycon") executed and delivered to

2    Arrow the Confession and Judgment Documentation sufficient for the entry of a judgment against

3    Pycon in the amount of $1,161,289.93; minus any amounts paid by Pycon and received by Arrow

4    pursuant to the parties' Settlement Agreement and Release; plus interest on the outstanding

5    principal accruing at 18% per annum form the date of the Settlement Agreement and Release;

6    plus the reasonable attorneys fees incurred by Arrow relating to this matter not already accounted

7    for, including negotiating and drafting the Settlement Agreement and Release and the Confession

8    and Judgment Documentation and in pursuing this matter to judgment.  (A copy of the parties'

9    Settlement Agreement and Release is attached as Exhibit A.)

10    5.    Pursuant to the Confession and Judgment Documentation, Pycon waived any

11    defenses, including notice, or offsets that they might have to a final and binding judgment and

12    order and agreed not to contest any final and binding judgment.

13    6.    Arrow agreed not to enter or execute on the Confession and Judgment

14    Documentation or take further legal action to collect the judgment amount so long as there was no

15    default or event of default on the part of Pycon.

16    7.    Pycon, however, is currently in default of its obligations under the Confession and

17    Judgment Documentation, in that it has failed and/or refused to make its scheduled payments to

18    Arrow.  Specifically, Pycon has failed and/or refused to make its initial payment to Arrow due on

19    May 14, 2007.  Arrow has received no amounts from Pycon pursuant to the parties' Settlement

20    Agreement and Release.

21    8.    Thus, pursuant to the Confession and Judgment Documentation, this Court may

22    enter final and binding judgment in favor of Arrow and against Pycon, for the total amount of

23    **$1,191,180.23**, with interest to accrue thereon at the legal rate of judgment.

24    9.    The above judgment amount is calculated, pursuant to the Confession and

25    Judgment Documentation, based upon the following:

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AFFIDAVIT OF DOUGLAS P.                    -2-
CHRISTENSEN

SanFran-224725.1 0041442-00027

(a)     **$1,161,289.93**, which is the principal amount to be paid under the

Settlement Agreement and Release by Pycon (*see* Exhibit A)[1];

(b)     more **$18,898.80**, which is the interest on the outstanding principal

accruing at 18% per annum form the date of the Settlement Agreement and Release, April

20, 2007, through Wednesday, May 23, 3007 (interest continues to accrue $572.69 per

day);

(c)     more **$10,991.50**, which is the reasonable attorneys fees and costs incurred

by Arrow relating to this matter that is not already accounted for (through Wednesday,

May 23, 2007, including negotiating and drafting the Settlement Agreement and Release

and the Confession of Judgment and to pursue this matter to the date of judgment.

DATED this 23rd day of    MAY                     , 2007.

DOUGLAS P. CHRISTENSEN

SUBSCRIBED AND SWORN before me this 23 day of May, 2007.

(Seal)

Printed Name:  Kimberley A. Fahy
Notary Public for the State of Colorado

My commission expires  August 26     , 2008

_____
[1] As noted above, Pycon has made no payments to Arrow pursuant to the parties'
Settlement Agreement, and consequently, there are no amounts to offset from the principal
balance owing.

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AFFIDAVIT OF DOUGLAS P.                      -3-
CHRISTENSEN

SanFran-224725.1 0041442-00027