1  SETH D. HILTON (SB #181899)
   SDHILTON@stoel.com
2  STOEL RIVES LLP
   111 Sutter Street, Suite 700
3  San Francisco, CA 94104
   Telephone: (415) 617-8900
4  Facsimile: (415) 676-3000

5  Attorneys for Plaintiff
   Arrow Electronics, Inc.

6

7

FILED

2007 MAY 25 P 3: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10          SAN JOSE BRANCH

11  ARROW ELECTRONICS, INC., a New York    Case No.
    corporation,
12                                          C 07  02770  RS
                Plaintiff,
13                                          AFFIDAVIT OF JUSTIN B. PALMER IN
    v.                                      SUPPORT OF JUDGMENT BY
14                                          CONFESSION

15  PYCON, INC., a California corporation,

                Defendant.                  BY FAX
16

17

18      I, Justin B. Palmer, being first duly sworn, depose and state as follows:

19      1.      I am an attorney in the Salt Lake City, Utah office of the law firm of Stoel Rives

20  LLP, counsel for Arrow Electronics, Inc. ("Arrow") in the above-captioned matter.

21      2.      I hereby submit this affidavit in support of the Verified Confession and Stipulation

22  to Entry of Judgment and the Stipulated Final Judgment filed with this Court contemporaneously

23  with this Affidavit (the "Confession and Judgment Documentation").

24      3.      I have worked for Stoel Rives LLP since 2001. I concentrate my practice in

25

26  commercial litigation and I have represented businesses and individuals in a wide variety of civil

27  matters. During the course of this litigation, my time was billed at the rates of $260.00 per hour.

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AFFIDAVIT OF JUSTIN B. PALMER          -1-

SanFran-224727.1 0041442-00027

4.      While I remained principally responsible for the management of this matter, I was assisted by other attorneys from my office. The other attorney primarily involved in this case was Mark E. Hindley, who is a partner in Stoel Rives' Salt Lake City, Utah office. Mr. Hindley's time was billed at the rate of $315.00 per hour. I also enlisted the assistance of local counsel, Karleen M. O'Connor, who was an associate in Stoel Rives' San Francisco, California office. Ms. O'Connor's time was billed at the rate of $340.00 per hour.

5.      These billing rates for attorneys are competitive with other Utah/California attorneys of similar experience in law firms for the type of work performed during the relevant time periods and are reasonable.

6.      I have made an inquiry into the total amount of costs and fees incurred by Arrow in pursuing this claim against Pycon. To date, Arrow has incurred $10,991.50 in costs and fees in pursuing recovery of the amounts owed by Pycon. The above amount is calculated based upon the following:

| Mr. Hindley | Mr. Palmer | Ms. O'Connor | TOTAL |
|---|---|---|---|
| Hours: 5.70 | Hours: 33.80 | Hours: 1.20 | |
| Rate:   $315.00 | Rate:   $260.00 | Rate:   $340.00 | |
| Total:  $1,795.50 | Total:  $8,788.00 | Total:  $408.00 | $10,991.50 |

7.      It is likely that Arrow will continue to incur costs and attorneys' fees as it seeks to enforce the judgment in this case.

8.      I verify that the time spent in this action has been reasonable under the circumstances given the claims asserted, the legal issues involved, and the tasks required throughout the litigation. These tasks included (among other things):

•      researching, drafting and filing a complaint against Pycon (which was voluntarily dismissed after the parties negotiated a settlement);

- negotiating and drafting a settlement agreement, verified confession of judgment, and final judgment;

- administering the settlement;

- dealing with multiple delays caused by Pycon's failure to make timely payments to Arrow; and

- drafting and filing a motion for entry of stipulated judgment.

DATED this 24 day of _____May_____ , 2007.

_____
JUSTIN B. PALMER

SUBSCRIBED AND SWORN before me this 24th day of May, 2007.

(Seal)

NOTARY PUBLIC
JUDY B. KOEHLY
201 So. Main, Suite 1100
Salt Lake City, Utah 84111
My Commission Expires
October 7, 2008
STATE OF UTAH

_____
Printed Name: Judy B. Koehly
Notary Public for the State of Utah
My commission expires Oct. 7 , 2008

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AFFIDAVIT OF JUSTIN B. PALMER                                    -3-

SanFran-224727.1 0041442-00027