**\*E-FILED 6/25/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARROW ELECTRONICS, INC., | NO. C 07-02770 RS |
| Plaintiff, | **ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |
| v. | |
| PYCON, INC. | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12 (c), this action is hereby referred to the judge presiding in Arrow Electronics, Inc v. Pycon, Inc. No. C 07-02056 HRL for a determination as to whether the actions are related within the meaning of Rule 3-12.

IT IS SO ORDERED.

Dated: June 25, 2007

RICHARD SEEBORG
United States Magistrate Judge

ORDER REFERRING CASE FOR RELATED CASE DETERMINATION
C 07-02770 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Javed I. Ellahie    javed@ellahie.net, ellahie@gmail.com

Seth D. Hilton    shilton@mofo.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 6/25/07**                                        **Chambers of Judge Richard Seeborg**

                                                                        **By:        /s/ BAK**

ORDER REFERRING CASE FOR RELATED CASE DETERMINATION
C 07-02770 RS

2