# EXHIBIT A

1  SETH D. HILTON (SB #181899)
   sdhilton@stoel.com
2  STOEL RIVES LLP
   770 L Street, Suite 800
3  Sacramento, CA 95814-3361
   Telephone: (916) 447-0700
4  Facsimile: (916) 447-4781

5

6  Attorneys for Plaintiff
   Arrow Electronics, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | ARROW ELECTRONICS, INC., a New York | Case No. C07 02770
   | Corporation, |
12 |   | AFFIDAVIT OF DOUGLASS P.
   |              Plaintiff, | CHRISTENSEN
13 |
   | v. |
14 |
   | PYCON, INC., a California corporation, |
15 |
   |              Defendant. |
16

17

18 STATE OF COLORADO

19 ARAPAHOE COUNTY

20     I, Douglass P. Christensen, being first duly sworn, depose and state as follows:

21     1.   I am a resident of Arapahoe County, Colorado, am over the age of majority, and

22 make this affidavit on personal knowledge.

23     2.   I am the Account Finance Manager of Plaintiff Arrow Electronics, Inc. ("Arrow").

24     3.   Defendant Pycon, Inc. ("Pycon") currently owes Arrow $1,161,289.93 (the Debt").

25 The Debt is made up of two components: (1) booked and shipped inventory totaling

26 $1,139,553.74; and (2) non-cancelable non-returnable inventory (the "NCNR inventory") totaling

27 $21,736.19, which Arrow obtained for Pycon on a non-cancelable/non-returnable basis, and

28

which remained in Arrow's possession at the time of the parties' Settlement Agreement and Release (the "Settlement Agreement").

4. According to the Settlement Agreement, Arrow agreed to ship the NCNR inventory to Pycon *after* Pycon made its initial payment in the amount of $125,000.00, which was due on May 14, 2007.

5. Pycon, however, breached the Settlement Agreement, in that it failed and/or refused to make its initial payment to Arrow due on May 14, 2007. To date, Arrow has received no amounts from Pycon pursuant to the Settlement Agreement.

6. Thus, in order to mitigate its damages, Arrow has sold the NCNR inventory to third parties for a total of $21,736.19. Thus the amount currently owing to Arrow is $1,139,553.74.

DATED: June 26TH, 2007

_____
Douglass P. Christensen

SUBSCRIBED AND SWORN before me this 26th day of June, 2007.

_____
Notary Public

AFFIDAVIT OF DOUGLASS P. CHRISTENSEN                -2-                                        C07 02770

SaltLake-317439.1 0041442-00027