**\*E-FILED: 7/2/07\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARROW ELECTRONICS, INC., | No. C07-02056 HRL |
| Plaintiff, | **ORDER RE CASES ARE NOT RELATED** |
| v. | |
| PYCON, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12, the undersigned has been asked to determine whether *Arrow Elecs., Inc. v. Pycon, Inc.*, C07-02770RS should be related to the above-captioned action. The time for filing an opposition or statement of support has passed. The earlier-filed lawsuit was voluntarily dismissed a few weeks after the complaint was filed, and there no longer is a similar action pending before this court. Accordingly, this court does not find that the cases are related within the meaning of Civil Local Rule 3-12.

Dated: July 2, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:07-cv-2056 Notice will be electronically mailed to**:

2  Karleen M. O'Connor koconnor@coxcastle.com, mho@coxcastle.com

4  **5:07-cv-2770 Notice will be electronically mailed to**:

5  Javed I. Ellahie javed@ellahie.net, ellahie@gmail.com

6  Seth D. Hilton sdhilton@stoel.com

7  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.