1  JAVED ELLAHIE, ESQ (State Bar: 63340)
   THE ELLAHIE LAW FIRM
2  12 S. FIRST ST.,
   SAN JOSE, CA 95113
3  Telephone:    408-294-0404
   Facsimile:    408-294-6659
4  javed@ellahie.net

Attorneys for Defendant Pycon, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARROW ELECTRONICS, Inc., a New York Corporation | No. C07-02770 RS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| PYCON, Inc., a California Corporation | |
| Defendants    / | |

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within action. My business address is 12 S. First St, Suite 600, San Jose, Ca 95113.

On date set forth below, I served the foregoing documents described as:

**DEFENDANT PYCON, INC.'S SUPPLEMENTAL BRIEF IN RESPONSE TO ARROW ELECTRONICS, INC.'S BRIEF PURSUANT TO THE ORDER RE FURTHER BRIEFING; MEMORANDUM OF POINTS AND AUTHORITIES**

on the interested parties in the action by placing [ ] the original [X] a true copy thereof, enclosed in a sealed envelope addressed as follows:

Seth D. Hilton
SDHilton
Stoel Rives LLP
111 Sutter Street, Suite 700
San Francisco, Ca 94104

[X]   **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail to the parties names above.

**Certificate of Service** - 1 -

1
2  [ ]   **BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED:**  I caused such envelope with postage thereon fully prepaid to be sent via Certified Mail (Return Receipt Requested) and to be placed in the United States mail at Oakland, California.

3  [ ]   **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand to the office(s) of the addressee(s).

4
5  [ ]   **BY FACSIMILE:**  I caused such document to be sent via facsimile addressed to the facsimile machine in the office(s) of the addressee(s).

6
7  [ ]   **BY EXPRESS MAIL:**  I caused such envelope with Express Mail postage paid to be delivered by Express Mail for overnight courier service to the office(s) of the addressee(s) and placed same in the U.S. post office at Oakland, California.

8  [ ]   **BY FEDERAL EXPRESS:**  I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

9
10       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

11       Executed on July 18, 2007, at San Jose, California.

12
13
14  /s/ Javed Ellahie
    Javed Ellahie