**\*E-FILED 10/17/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARROW ELECTRONICS, INC., | NO. C 07-02770 RS |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| PYCON, INC. | |
| Defendants. | |

On August 2, 2007, the Court ordered plaintiff to submit a proposed judgment. Plaintiff has not done so and has not responded to inquiries from Court staff as to the status of the matter. Accordingly, plaintiff shall appear on October 31, 2007, at 9:30 a.m. and show cause why this action should not be dismissed for lack of prosecution. If plaintiff submits the proposed judgment prior to that date, this order to show cause will be discharged and no appearance will be necessary. Failure to respond or appear will result in dismissal.

IT IS SO ORDERED.

Dated: October 17, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Javed I. Ellahie     javed@ellahie.net, ellahie@gmail.com

Seth D. Hilton     sdhilton@stoel.com, dlpennington@stoel.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 10/17/07**                                             **Chambers of Judge Richard Seeborg**

                                                                **By:        /s/ BAK**

ORDER REFERRING CASE FOR RELATED CASE DETERMINATION
C 07-02770 RS

2