SETH D. HILTON (SB #181899)
STOEL RIVES LLP
770 L Street, Suite 800
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Plaintiff
Arrow Electronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Arrow Electronics, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Pycon, Inc., <br><br> Defendant. | Case No. C 07-02770 RS <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1).

1  DATED: October 30, 2007

2

3                                        STOEL RIVES LLP

4

5                                        By: /s/ Seth D. Hilton
                                         Seth D. Hilton
6                                        Attorney for Plaintiff
                                         Arrow Electronics, Inc.
7

8  DATED: October 30, 2007

9

10                                       THE ELLAHIE LAW FIRM

11

12                                       By: /s/ Javed Ellahie
                                         Javed Ellahie
13                                       Attorney for Defendant
                                         Pycon, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF SERVICE

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City and County of Sacramento and my business address is 770 L Street, Suite 800, Sacramento, California 95814.

On October 30, 2007, at Sacramento, California, I served the attached document(s):

## STIPULATION OF DISMISSAL

on the following parties:

> Javed Ellahie, Esq.
> The Ellahie Law Firm
> 12 S. First Street
> San Jose, CA 95113

☒ **BY FIRST CLASS MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and mailing at the offices of Stoel Rives LLP, 770 L Street, Suite 800, Sacramento, California 95814, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed as shown on the service list. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

☐ **BY FACSIMILE:** On the date written above, I caused a copy of the attached document to be transmitted to a fax machine maintained by the person on whom it is served at the fax number shown on the service list. That transmission was reported as complete and without error and a transmission report was properly issued by the transmitting fax machine.

☐ **BY HAND DELIVERY:** On the date written above, I placed a copy of the attached document in a sealed envelope, with delivery fees paid or provided for, and arranged for it to be delivered by messenger that same day to the office of the addressee, as shown on the service list.

☐ **BY OVERNIGHT MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for overnight delivery. In the ordinary course of business, correspondence would be deposited in a box or other facility regularly maintained by the express service carrier or delivered to it by the carrier's authorized courier on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and overnight delivery at the offices of Stoel Rives LLP, 770 L Street, Suite 800, Sacramento, California 95814, a copy of the attached document in a sealed envelope, with delivery fees prepaid or provided for, addressed as shown on the service list.

☒ **(Federal Courts Only)** I declare that I am employed in the office of a member of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on October 30, 2007, at Sacramento, California.

_____
Pamela Spring